Decision Per Curiam.

Albert M. Endel, as surviving partner of the late firm of Moses Endel and Son, and as surviving partner of the late firm of Matilda Endel and Son, and as executor of the last will and testament of Matilda Endel, deceased, and W. B. Phifer, J. A. Phifer and H. L. Phifer, partners doing business in Alachua County, Florida, under the firm name and style of Phifer Brothers, Appellants, vs. Marcus Endel as Administrator of the estate of Moses Endel, deceased, Appellee.

Memorandum Decisions.

(No. 3.)

Appeal from Circuit Court, Alachua County; J. A. Ammons, Circuit Court Commissioner.

*Evans Haile,* for Phifer Brothers.

*E. C. F. Sanchez,* for Albert M. Endel.

*Robt. E. Davis,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for the appellee.

Decision Per Curiam. ·